UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REVELL,<br><br>            Plaintiff,<br><br>      v.<br><br>GRANT MONEY, LLC, et al.,<br><br>            Defendants. | Case No. 25-cv-05994-SK<br><br>**ORDER REGARDING MOTION TO STAY**<br><br>Regarding Docket No. 15 |

Defendants have filed a motion to stay pursuant to Civil Local Rule 6-3. Pursuant to Rule 6-3(b), the deadline for Plaintiff to respond to Defendants' motion is July 25, 2025. No reply shall be permitted.

**IT IS SO ORDERED**.

Dated: July 22, 2025

_____
SALLIE KIM
United States Magistrate Judge