UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REVELL,<br><br>        Plaintiff,<br><br>    v.<br><br>GRANT MONEY, LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-05994-SK<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Regarding Docket No. 15 |

  Before the Court is Defendants' motion to stay its answer deadline pending resolution of Defendants' anticipated motion to compel arbitration. (Dkt. No. 15.) Although Defendants have not yet filed a motion to compel arbitration, the Court has approved a stipulated briefing schedule whereby such motion is due August 8, 2025. (Dkt. No. 14.) Plaintiffs oppose any imposition of a stay, arguing that it will delay resolution of their claims and prolong continuing harm. (Dkt. No. 25.)

  The Court finds that a stay is warranted here. If Defendants motion to compel arbitration is granted, litigation will not proceed in this Court and work conducted on said litigation may be rendered unproductive. On the other hand, if the motion to compel arbitration is denied, litigation will only have been delayed by several months. Accordingly, the balance of equities favors granting a stay. Further, it is common practice to stay litigation obligation when motions to compel arbitration are pending. *Mahamedi IP L., LLP v. Paradice & Li, LLP*, No. 5:16-CV-02805-EJD, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017) (gathering cases).

  Accordingly, the Court GRANTS Defendants' motion. This case is HEREBY stayed until the Court files an order resolving the motion to compel arbitration, at which point the stay shall be lifted. If Defendants do not file a motion to compel arbitration by August 8, 2025, the stay shall be lifted.

1  The deadline for Defendants to answer or otherwise respond to the complaint shall be 30
2 days from the date the stay is lifted.
3  **IT IS SO ORDERED**.
4 Dated: July 25, 2025



SALLIE KIM
United States Magistrate Judge

2