United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN REVELL,

        Plaintiff,

   v.

GRANT MONEY, LLC, et al.,

        Defendants.

Case No.  25-cv-05994-TLT (SK)

**NOTICE OF VIDEO SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Court will hold a Scheduling Conference by video in preparation for the Settlement Conference on **November 12, 2025 at 9:00 a.m**.  Counsel shall use the following Zoom information to access the conference:

    **Meeting ID: 161 399 7742**

    **Passcode: 530648**

    At the scheduling conference, counsel must be prepared to discuss and set a date for settlement conference and must provide firm dates which they and their clients can attend. Counsel should communicate with their clients about availability before the video conference or have their clients participate in the conference to confirm a settlement date.

    **IT IS SO ORDERED.**

Dated: November 4, 2025



SALLIE KIM
United States Magistrate Judge