# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Northern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-cv-05994-TLT

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/16/2025

Date of judgment or order you are appealing: 10/21/2025

Docket entry number of judgment or order you are appealing: 50

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Grant Money, LLC
Kikoff Inc.

Is this a cross-appeal?  ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Matthew P. Previn          **Date** Nov 5, 2025

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                     Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Grant Money, LLC
Kikoff Inc.

Name(s) of counsel (if any):

Matthew P. Previn, Michael Morrill
PAUL HASTINGS LLP
[Additional Counsel Listed on Next Page]

Address: 200 Park Avenue, New York, NY  10166

Telephone number(s): (212) 318-6000

Email(s): matthewprevin@paulhastings.com, michaelmorrill@paulhastings.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

John Revell

Name(s) of counsel (if any):

Joshua Jacobson
JACOBSON PHILLIPS, PLLC
[Additional Counsel Listed on Next Page]

Address: 2277 Lee Road, Suite B, Winter Park, FL  32789

Telephone number(s): (321) 447-6461

Email(s): joshua@jacobsonphillips.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Grant Money, LLC
Kikoff Inc.

Name(s) of counsel (if any):

Sean D. Unger, Kelsey R. McQuilkin
PAUL HASTINGS LLP

Address: 101 California Street, 48th Floor, San Francisco, CA 94111

Telephone number(s): (415) 856-7056

Email(s): seanunger@paulhastings.com, kelseymcquilkin@paulhastings.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

John Revell

Name(s) of counsel (if any):

Randall K. Pulliam, Lee Lowther, Courtney Ross Brown
CARNEY BATES & PULLIAM, PLLC

Address: One Allied Drive, Suite 1400, Little Rock, AR 72202

Telephone number(s): (501) 312-8500

Email(s): rpulliam@cbplaw.com, llowther@cbplaw.com, cbrown@cbplaw.com

Name(s) of party/parties:

John Revell

Name(s) of counsel (if any):

Elliot Conn
CONN LAW, PC

Address: 100 Bush Street, Suite 1580, San Francisco, CA 94104

Telephone number(s): (415) 417-2780

Email(s): elliot@connlawpc.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**     2     New 12/01/2018