| | |
|---|---|
| MATTHEW PREVIN (NY Bar # 2843092)<br>(*admitted pro hac vice*)<br>matthewprevin@paulhastings.com<br>MICHAEL MORRILL (IL Bar # 6317386)<br>(*admitted pro hac vice*)<br>michaelmorrill@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>SEAN D. UNGER (SB# 231694)<br>seanunger@paulhastings.com<br>KELSEY R. MCQUILKIN (SB# 340288)<br>kelseymcquilkin@paulhastings.com<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7056<br>Facsimile: (415) 856-7156<br><br>*Attorneys for Defendants*<br>*Grant Money, LLC and Kikoff Inc.* | **CONN LAW, PC**<br>Elliot Conn Bar No. 279920<br>elliot@connlawpc.com<br>100 Bush Street, Suite 1580<br>San Francisco, CA 94104<br>Telephone: (415) 417-2780<br>Facsimile: (415) 358-4941<br><br>**CARNEY BATES & PULLIAM, PLLC**<br>Randall K. Pulliam (*pro hac vice*)<br>rpulliam@cbplaw.com<br>Lee Lowther (*pro hac vice*)<br>llowther@cbplaw.com<br>Courtney Ross Brown (*pro hac vice*)<br>cbrown@cbplaw.com<br>One Allied Drive, Suite 1400<br>Little Rock, AR, 72202<br>Telephone: (501) 312-8500<br><br>**JACOBSON PHILLIPS PLLC**<br>Joshua R. Jacobson (*pro hac vice*)<br>joshua@jacobsonphillips.com<br>2277 Lee Road, Ste. B<br>Winter Park, FL 32789<br>Telephone: (321) 447-6461<br><br>*Attorneys for Plaintiff and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN REVELL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT MONEY, LLC; KIKOFF INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-5994-TLT<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of November 7, 2025 (ECF No. 60) (the "Order"), Plaintiff John Revell ("Plaintiff") and Defendants Grant Money, LLC and Kikoff Inc. ("Defendants") (collectively, the "Parties") submit this joint status report regarding the appeal status. Defendants' appeal to the Ninth Circuit was opened as *Revell v. Grant Money, LLC*, Case No. 25-7035 on November 6, 2025. On November 25, 2025, the Parties were released from the Ninth Circuit's mediation program. Defendants' opening brief is currently due February 27, 2026; Plaintiff's answering brief is due March 30, 2026; and Defendants' reply is due 21 days after service of the answering brief. The Parties will continue to keep the Court updated on the appeal pursuant to the Order.

Dated: January 9, 2026

By: */s/ Joshua R. Jacobson*
JACOBSON PHILLIPS, PLLC
Joshua R. Jacobson (pro hac vice)
joshua@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

CARNEY BATES & PULLIAM, PLLC
Randall K. Pulliam (pro hac vice)
rpulliam@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

CONN LAW, PC
Elliot Conn Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780

*Attorneys for Plaintiff John Revell*

Respectfully submitted,

By: */s/ Matthew P. Previn*
MATTHEW P. PREVIN
    (*admitted pro hac vice*)
matthewprevin@paulhastings.com
MICHAEL MORRILL
    (*admitted pro hac vice*)
michaelmorrill@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

SEAN D. UNGER (SB # 231694)
KELSEY R. MCQUILKIN (SB# 340288)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7056
Facsimile: (415) 856-7156

*Attorneys for Defendants Grant Money, LLC and Kikoff Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred to the filing of this document.

Dated: January 9, 2026                              */s/ Matthew P. Previn*
                                                    MATTHEW P. PREVIN