**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: s(501) 312-8505

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
Jacob Phillips (*pro hac vice*)
jacob@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

*Attorneys for Plaintiff John Revell and*
*the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN REVELL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>  v.<br><br>GRANT MONEY, LLC; KICKOFF INC.,<br><br>    Defendants. | Case No.: 3:25-cv-05994-TLT<br><br>**JOINT MOTION TO VACATE CLASS CERTIFICATION DEADLINES** |

Plaintiff, John Revell and Defendants Grant Money, LLC and Kickoff Inc. (together, the "Parties") hereby provide this update to the Court and move as follows:

WHEREAS, on November 7, 2025, this Court entered an Order staying this case "pending resolution of Defendants' appeal in the Ninth Circuit." Dkt. 60.

WHEREAS, briefing in the appeal concluded on June 22, 2026.

WHEREAS, the appeal is being considered for an upcoming oral argument to take place in September, October, or November of 2026. Oral argument has not been set since the parties last filed their Joint Case Management Statement on June 11, 2026. Dkt. 71.

WHEREAS, the current deadline for the parties to submit a Joint Case Management Statement is "30 days after the Ninth Circuit issues its mandate in the appeal of this Court's Order denying Defendants' motion to compel arbitration unless the Court further extends the deadline for good cause." Dkt. 57.

WHEREAS, the Court continued the stay while its Order is on appeal. Dkt. 72.

WHEREAS, Plaintiff's Motion for Class Certification is currently due on August 14, 2026. *Id.* ¶ 4.

WHEREAS, given the mandatory stay in the case, the parties have been unable to conduct discovery, including discovery relevant to whether class certification is appropriate under Fed. R. Civ. P. 23.

NOW THEREFORE, the Parties respectfully request that the Court enter the accompanying Proposed Order that:

1. The briefing schedule and hearing date for Plaintiff's Motion for Class Certification be vacated pending the Ninth Circuit's mandate.

2. The parties shall propose a briefing schedule for Plaintiff's Motion for Class Certification in their Joint Case Management Statement.

JOINT MOTION TO VACATE CLASS CERTIFICATION DEADLINES - Case No.: 3:25-cv-05994-TLT

Dated: July 22, 2026

Respectfully submitted,

*/s/ Matthew Previn*
Matthew Previn (NY Bar # 2843092)
(*pro hac vice*)
matthewprevin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Sean D. Unger (SB# 231694)
seanunger@paulhastings.com
Kelsey R. McQuilkin (SB# 340288)
kelseymcquilkin@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7056
Facsimile: (415) 856-7156

*Attorneys for Defendants*
*Grant Money, LLC and Kikoff Inc.*

*/s/ Lee Lowther*
Lee Lowther (*pro hac vice*)
Randall K. Pulliam (*pro hac vice*)
Courtney Ross Brown (*pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR, 72202
Telephone: (501) 312-8500
Email: llowther@cbplaw.com
Email: rpulliam@cbplaw.com
Email: cbrown@cbplaw.com

Elliot Conn, California Bar No. 279920
CONN LAW, PC
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
Email: elliot@connlawpc.com

Joshua R. Jacobson (*pro hac vice*)
Jacob Phillips (*pro hac vice*)
JACOBSON PHILLIPS PLLC
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461
Email: joshua@jacobsonphillips.com
Email: jacob@jacobsonphillips.com

*Attorneys for Plaintiff John Revell*
*and the Proposed Classes*

JOINT MOTION TO VACATE CLASS CERTIFICATION DEADLINES - Case No.: 3:25-cv-05994-TLT

**ATTESTATION**

All other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Lee Lowther
Lee Lowther

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, July 22, 2026, I filed the foregoing with the Clerk of the Court via the Court's electronic filing system, which will provide electronic mail notice to all counsel of record.

/s/ Lee Lowther
Lee Lowther

3

JOINT MOTION TO VACATE CLASS CERTIFICATION DEADLINES - Case No.: 3:25-cv-05994-TLT